# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

CHRISTIAN DANIEL ARAMBULA GONZALEZ

                Defendant

Case No. 21-CR-01190-GPC

JUDGMENT OF DISMISSAL

FILED JUN 0 3 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY TH DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

- ☒ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

- ☐ the Court has dismissed the case for unnecessary delay; or

- ☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

- ☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

- ☐ a jury has been waived, and the Court has found the defendant not guilty; or

- ☐ the jury has returned its verdict, finding the defendant not guilty;

- ☒ of the offense(s) as charged in the Indictment/Information:

  Ct 1 - 21:952, 960 - Importation of Cocaine (Felony)

- ☒ _____

Date : 6/2/21

Hon. Linda Lopez
United States Magistrate Judge